

1997 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-29-1997

# Smith v. Horn

Precedential or Non-Precedential:

Docket 96-9001,96-9002

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1997

## Recommended Citation

"Smith v. Horn" (1997). *1997 Decisions.* Paper 176.
http://digitalcommons.law.villanova.edu/thirdcircuit_1997/176

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1997 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

εΖζ/!Ι